No. 84–276. TEXAS FARM BUREAU v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 84–318. PEREZ ET AL. v. MEDINA ET AL. C. A. 1st Cir. Certiorari denied.

No. 84–329. BANK OF NOVA SCOTIA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–333. RICHARDS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 84–339. SCARPELLI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 84–357. WRIGHT v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 84–364. GIBBS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 84–387. BARRE' ET AL. v. CIVIL SERVICE COMMISSION OF THE CITY OF NEW ORLEANS. C. A. 5th Cir. Certiorari denied.

No. 84–389. MOORE, U. S. REPRESENTATIVE, SIXTH DISTRICT, LOUISIANA, ET AL. v. UNITED STATES HOUSE OF REPRESENTATIVES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 84–400. WINNETT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–416. SWISHER v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 84–458. HENDRIX v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–505. PERCY ET AL. v. CAMEO CONVALESCENT CENTER, INC., ET AL.; and
No. 84–680. CAMEO CONVALESCENT CENTER, INC. v. SENN ET AL. C. A. 7th Cir. Certiorari denied. Reported below: 738 F. 2d 836.